**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JINGSHENG ZHU,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff,* | ) | Case No. 1:21-cv-03381 |
| v. | ) ) | |
| **NATIONAL CREDIT SYSTEMS, INC.** | ) ) | Hon. Virginia M. Kendall |
| *Defendant.* | ) ) ) | |

## STIPULATION

Plaintiff Jingsheng Zhu and Defendant National Credit Systems, Inc., through the undersigned counsel, file this Stipulation to advise the Court that the parties have settled the outstanding issue of fees and costs associated with Plaintiff's motion to remand and the Court's order granting an award of fees and costs to Plaintiff's counsel. *See* Dkt. 25, PageID 142.

In lieu of a fee petition, the parties have agreed upon payment amount and terms.

Respectfully submitted,

By: */s/ Stacy M. Bardo*
One of Plaintiff's Attorneys

Bryan Paul Thompson
Robert W. Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
(312) 858-3239
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602

(312) 219-6980
stacy@bardolawpc.com

Respectfully submitted,

By: */s/ Jonathan D. Nusgart*
One of Defendant's Attorneys

Jonathan D. Nusgart
SMITH & WEIK, LLC
1011 Lake Street
Oak Park, Illinois 60301
(708) 386-7206
jnusgart@smithweiklaw.com

2